**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:18-cr-272-T-35TGW | DATE: June 20, 2019 |
| --- | --- |
| TITLE: USA v. **Edward Leonard Wells, Jr.** | |
| TIME: 02:08 PM -02:40 PM | TOTAL: 32 MINUTES |

| Courtroom Deputy: Keyanna Thomas | Interpreter: N/A |
| --- | --- |
| Court Reporter: David Collier | Probation: Derek J. Byrdsong |
| Counsel for Government: | AUSA Amanda Riedel |
| Counsel for Defendant: | Scott McCluskey, CJA |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One and Eighteen of the Indictment.

Imprisonment: **THIRTY-TWO (32) MONTHS. This term consists of an 8-month term of imprisonment as to Count One and a 24-month term of imprisonment as to Count Eighteen, consecutive to Count One**.

The Court makes the following recommendations to the Bureau of Prisons:

- Confinement at an FCI facility in close proximity to Fayetteville, North Carolina.
- Defendant shall participate in the RDAP 500-hour drug treatment program.

Supervised Release: **THIRTY-SIX (36) MONTHS.** This term consists of a 36-month term as to Count One and a 12-month term as to Count Eighteen, all such terms to run concurrently.

Fine is waived.

Special Assessment: $200.00 (X) to be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.

> Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant to surrender to the designated institution as notified by the US Marshal but not before **August 19, 2019.**

Counts Two through Seventeen, and Nineteen through Twenty-Five of the Indictment are dismissed.

Defendant advised of right to appeal and of right to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order entered on March 11, 2019 is made a part of the Judgment.

OTHER:

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 19 |
| Criminal History Category: | I |
| Imprisonment Range | 30-37 months |
| Supervised Release Range | 1-3 years |
| Restitution: | N/A |
| Fine Range | $10,000-$100,000 |
| Special Assessment | $200.00 |

Adjustments/changes to the PSR: